# United States District Court

District of | Alaska

RECEIVED
AUG -7 2013
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

U.S.P.S express parcel number EI 935 472 019 US

## SEARCH WARRANT

Case Number: 1:13-mj-000010-LCL

TO: ANY U.S. POSTAL INSPECTOR OF THE U.S. POSTAL INSPECTION SERVICE (USPIS)    or any Authorized Officer of the United States

Affidavit(s) having been made before me by   Scott Helton   who has reason to believe
                                              Affiant

that ☐ on the person of, or  X  on the premises known as (name, description and/or)

The above described article, currently located at the Mendenhall Post Office, 9491 Vintage Blvd., Juneau, Alaska 99803-9993

in the    | District of | Alaska    | there is now
concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely Oxycodone, cocaine, marijuana, methamphetamine, and heroin, in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   August 12, 2013
                                                        Date

(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the search  ☒  in the daytime — 6:00 AM to 10:00 P.M.  ☐ at anytime in the day or night as I find reasonable cause has been established

established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to

                                                                              as required by law.
                U.S. Magistrate Judge (Rule 41 (f)(4))

at   Juneau, AK

Date and Time Issued  Aug. 2, 2013  11:00 a.m.

Leslie Longenbaugh / U.S. Magistrate Judge        Signature Redacted
Name and Title of Judge                           Signature of Judge

| AO 93 | (Rev. 12/03) Search Warrant (Reverse) | | |
|---|---|---|---|
| **RETURN** | | **Case Number:** | |
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH | |
| 8/2/2013 | 8/2/2013 - 12:25 PM | USPS | |

INVENTORY MADE IN THE PRESENCE OF

INSP. S. HELTON & OFC. L. PHELPS, JUNEAU POLICE DEPARTMENT

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(1) Wood Box
(290) grams of MARIJUANA.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Signature Redacted

Scott Helton        USPIS

Subscribed, sworn to, and returned before me this date.

Signature Redacted

Signature of Judge        Aug. 7, 2013
                         Date